*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

**JUDGMENT IN A CIVIL CASE**

**JASON ET CATO,**
        **Plaintiff,**

vs.                                                                                                            9:20-CV-176
                                                                                                       (MAD/DJS)

**GABRIEL FELIZ,** *T.A. Staff*,
        **Defendant.**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Stewart's January 27, 2022 Report-Recommendation (Dkt. No. 45) and Order is **ADOPTED in its entirety** for the reasons set forth therein; and the Court further **ORDERS** that Defendant's motion for summary judgment (Dkt. No. 31) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Order of the Honorable Judge Mae A. D'Agostino, dated the 25th day of February, 2022.

DATED: February 25, 2022

                                                                                 Clerk of Court

                                                                                 s/Britney Norton
                                                                                 Britney Norton
                                                                                 Deputy Clerk